816

No. 1104.   TRUDELL *v.* MISSISSIPPI; and
No. 1105.   LEWIS *v.* MISSISSIPPI.   See *ante,* p. 785.

No. 575.   GORUM ET AL. *v.* LOUDENSLAGER ET AL.   May 5, 1947.   Petition for writ of certiorari to the Supreme Court of Missouri denied.   *Joseph N. Hassett* for petitioners.   *Walter A. Raymond* and *Lawrence E. Goldman* for respondents.

No. 1104.   PROVENZANO, DOING BUSINESS AS O. K. PLUMBING CO., *v.* FLEMING, TEMPORARY CONTROLS ADMINISTRATOR.   May 5, 1947.   Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.   *Emilie N. Wanderer* for petitioner.   *Acting Solicitor General Washington, William E. Remy, David London, Samuel Mermin* and *Jacob W. Rosenthal* for respondent.

No. 1036.   SMITH *v.* FLEMING, TEMPORARY CONTROLS ADMINISTRATOR.   May 5, 1947.   Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.   *John J. Kennett* for petitioner.   *Acting Solicitor General Washington, William E. Remy, David London, Samuel Mermin* and *Albert J. Rosenthal* for respondent.

No. 1038.   POTOMAC ELECTRIC POWER CO. *v.* PUBLIC UTILITIES COMMISSION ET AL.; and
No. 1135.   UNITED STATES *v.* PUBLIC UTILITIES COMMISSION ET AL.   May 5, 1947.   Petitions for writs of certiorari to the United States Court of Appeals for the Dis-